DANIEL J. BRODERICK, Bar #89414
Acting Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MUSHEG AMBARCUMOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br>MUSHEG AMBARCUMOV,            )<br>                              )<br>            Defendants.       )<br>_____ ) | No. 2:03-cr-0141 MCE<br><br>STIPULATION AND [PROPOSED] ORDER<br><br>Date:  June 13, 2006<br>Time:  8:30 a.m.<br>Judge: Hon. Morrison C. England |

It is hereby stipulated and agreed to between the United States of America though Laura Ferris, Supervising Assistant U.S. Attorney and defendant, MUSHEG AMBARCUMOV, by and through his counsel, Dennis S. Waks, Supervising Assistant Federal Defender, that the status conference of May 16, 2006 be vacated and a further status conference be set for June 13, 2006 at 8:30 a.m.

This continuance is being requested because defense counsel requires additional time to obtain discovery, continue our investigation, and to interview our clients and other witnesses.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 13, 2006,

///

pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  May 12, 2006

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Acting Federal Defender

                              /s/ Dennis S. Waks
                              _____
                              DENNIS S. WAKS
                              Supervising Assistant Federal Defender
                              Attorney for Defendant
                              MUSHEG AMBARCUMOV

Dated:  May 12, 2006

                              MCGREGOR W. SCOTT
                              United States Attorney

                              /s/ Dennis S. Waks for
                              _____
                              LAURA FERRIS
                              Supervising Assistant U.S. Attorney

                      O R D E R

IT IS SO ORDERED.

Dated: May 19, 2006

                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE