```
FILED
June 21, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK
```

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S-03-0141-MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| MUSHEG AMBARCUMOV, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MUSHEG AMBARCUMOV, Case No. Cr.S-03-0141-MCE, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of $25,000.00

        _X_   Unsecured Appearance Bond

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond with Surety

        ___   Corporate Surety Bail Bond

        _X_   (Other) Conditions as stated on the record

        _X_   (Other) The Defendant is to be released the morning of 06/22/06 and is instructed to report directly to the Pretrial Services Office upon release.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on June 21, 2006 at /0:00 a.m.

By _____Dale A. Drozd_____

Dale A. Drozd
United States Magistrate Judge