```
DANIEL J. BRODERICK, Bar #89414
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MUSHEG AMBARCUMOV
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:03-cr-0141-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO TRAVEL TO RUSSIA |
| MUSHEG AMBARCUMOV, | |
| Defendant. | Judge: Hon. Morrison C. England |

It is hereby stipulated and agreed to between the United States of America through LAURA FERRIS, Assistant U.S. Attorney, and defendant, MUSHEG AMBARCUMOV by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the conditions of his probation may be modified as follows:

1. That on October 3, 2006, this defendant was sentenced to time served with 12 months of Supervised Release, $1000.00 fine and $100.00 special assessment for the offense of Misprision of a felony.  Mr. Ambarcumov has been making regular payments on the court ordered fine.

2. Mr. Ambarcumov has been advised by letter that his mother will be having heart surgery in Russia in early December, 2006.  She

will be in recovery through January 12, 2007.

3. Between the dates of November 27, 2006, and January 14, 2007, Musheg Ambarcumov would like to travel from the Central District of California to Russia for the purpose of being with his mother during her time of surgery and her recovery.

4. Before travel may occur, Mr. Ambarcumov's Federal Probation Officer, Mr. Alex Guevara, shall verify that Musheg Ambarcumov has purchased a return ticket from Russia to California.

Probation Officer, Alex Guevara, who has supervised the defendant since he was ordered released in October 2006, consents to this modification, but advised defense counsel that travel out of the United States should first be approved by the court.

Respectfully submitted,

DENNIS S. WAKS
Supervising Assistant Federal Defender

Dated: November 8, 2006

/s/ Dennis S. Waks
_____
Attorney for MUSHEG AMBARCUMOV

McGREGOR SCOTT
United States Attorney

Dated: November 8, 2006

/s/ Laura Ferris
_____
LAURA FERRIS
Assistant U.S. Attorney

/ / /

/ / /

2

**O R D E R**

MUSHEG AMBARCUMOV may travel out of the United States to the country of Russia between November 27, 2006 and January 14, 2007, upon his probation officer's verification of his purchase of a round-trip ticket.

IT IS SO ORDERED.

Dated: November 14, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3